# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PAUL SENTER, | Case No. 1:22-cv-01564-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 13) |
| Defendant. | |

On April 3, 2023, the parties submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline from April 20, 2023, to May 22, 2023. (ECF No. 13.) The parties proffer good cause exists because Plaintiff's counsel is currently taking partial paternity leave and therefore working limited hours, and additionally, counsel completed a surgery on March 15, 2023. The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 13) is GRANTED;

2. Plaintiff shall have until **May 22, 2023**, to file the motion for summary judgment; and

///

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **April 3, 2023**

UNITED STATES MAGISTRATE JUDGE

2