# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PAUL SENTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-01564-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 5, 16) |

On May 22, 2023, the parties submitted a stipulated request to extend the briefing schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 16.) The parties seek an extension of time to file Plaintiff's motion for summary judgment from May 22, 2023, to July 6, 2023. This is Plaintiff's second request for an extension. The parties proffer good cause exists because counsel currently has eight merit briefs, and recently returned from a leave of absence and from being out of town. The Court is satisfied that good cause exists to grant the requested extension. However, the parties are reminded that requests to modify the briefing schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 16) is GRANTED;

1

2. Plaintiff shall have until **July 6, 2023**, to file the motion for summary judgment; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **May 23, 2023**

UNITED STATES MAGISTRATE JUDGE